[No. 29469-2-III.   Division Three.   December 6, 2011.]

MOUNTAINEER INVESTMENTS, LLC, *Respondent*, v. GARY
HEATH ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Spokane County, No. 09-2-04483-4, Salvatore F. Cozza, J., entered October 22, 2010. *Affirmed* by unpublished opinion per Korsmo, A.C.J., concurred in by Sweeney and Brown, JJ.

[No. 29541-9-III.   Division Three.   December 6, 2011.]

CAPITAL ONE BANK (USA), NA, *Respondent*, v. GEORGIA A.
PLUMB, *Appellant*.

Appeal from a judgment of the Superior Court for Yakima County, No. 10-2-01247-7, C. James Lust, J., entered November 18, 2010. *Affirmed* by unpublished opinion per Sweeney, J., concurred in by Korsmo, A.C.J., and Siddoway, J.

[No. 28299-6-III.   Division Three.   December 8, 2011.]

THE STATE OF WASHINGTON, *Appellant*, v. MIZAEL MAGANA,
*Respondent*.

Appeal from a judgment of the Superior Court for Yakima County, No. 08-1-02479-8, C. James Lust, J., entered July 6, 2009. *Affirmed in part* and *remanded with instructions* by unpublished opinion per Kulik, C.J., concurred in by Sweeney and Brown, JJ.

[Nos. 29166-9-III; 29167-7-III.   Division Three.   December 8, 2011.]

THE STATE OF WASHINGTON, *Appellant*, v. ANDREW G. TRUTTER,
*Respondent*.

THE STATE OF WASHINGTON, *Appellant*, v. JOSHUA D. SMOLINSKI,
*Respondent*.

Appeals from a judgment of the Superior Court for Asotin County, No. 10-1-00005-6, William D. Acey, J., entered June 7, 2010. *Reversed* and *remanded* by unpublished opinion per Siddoway, J., concurred in by Korsmo, A.C.J., and Brown, J.